CIRCLE SANCTUARY, Roberta Stewart, Karen Depolito, and Isis Invicta Military Mission, Petitioners,

v.

SECRETARY OF VETERANS AFFAIRS, Respondent.

No. 2007–7050.

United States Court of Appeals, Federal Circuit.

March 26, 2007.

*ORDER*

Upon consideration of Circle Sanctuary et al.'s unopposed motion to dismiss their appeal,*

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

Gregory G. JACKSON, Petitioner,

v.

DEPARTMENT OF the INTERIOR, Respondent.

No. 2007–3052.

United States Court of Appeals, Federal Circuit.

March 26, 2007.

*ORDER*

Upon consideration of Gregory G. Jackson's motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

---

7. RFR's motion to remand this case to a different district court judge is denied.

* It is the court's usual practice to not designate a dismissal as being with or without prejudice.